IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:08-cr-00326-HZ |
| Plaintiff, | ORDER |
| v. | |
| MITCHELL COOLEY, | |
| Defendant. | |

    This matter is before the Court on an unopposed motion to reduce Mr. Cooley's sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of Mr. Cooley's sentence to time served.  The Court concludes that given the defendant's age, serious health conditions, lengthy period of time served and conditions of supervised release, he does not pose a danger to any other person or the community. Mr. Cooley agrees to a 14-day quarantine at BOP.  This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Defendant's Motion to Reduce Sentence (Docket 31).

    IT IS HEREBY ORDERED that Defendant shall be released 14 days from the date of this order to accommodate a quarantine period at the BOP.  Mr. Cooley's supervised release conditions

shall be amended so that his period of three years of supervised release includes a condition of home confinement or residential re-entry center placement, subject to the discretion of the United States Probation Officer.  IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. A further status conference shall be set approximately 30 days from the date of this Order.

DATED this 22 day of May, 2020.

_____
The Honorable Marco A. Hernandez
United States District Court Judge

SUBMITTED BY:

/s/ Alison M. Clark
Alison M. Clark
Assistant Federal Public Defender